BUKOLT, Appellant, vs. NEVA, Respondent.

For the appellant: *Martens & Meleski* of Stevens Point.
For the respondent: *Walter A. Graunke* of Wausau.

*By the Court.*—Judgment affirmed.